# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Magistrate Judge Michael J. Watanabe

Case No. 09-cv-01423-WYD-MJW

JEANETTE MUNGIA,

    Plaintiff,

v.

AURORA LOAN SERVICES LLC,

    Defendant.

---

**MINUTE ORDER** (Docket no. 16)

---

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Vacate Settlement Conference (docket no. 16) is **GRANTED**. The Settlement Conference in this matter set for December 1, 2009 is vacated.

Date: November 30, 2009