IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01423-WYD-MJW

JEANETTE MUNGIA,

    Plaintiff,

v.

AURORA LOAN SERVICES, LLC,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (filed January 19, 20096).  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

Dated:  January 20, 2010

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge